**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

R. WAYNE JOHNSON                                                                                                  PLAINTIFF

V.                                              NO: 4:16CV00557 SWW

U.S. POSTAL SERVICE and DOES                                                                       DEFENDANTS

**ORDER**

Plaintiff has submitted this 42 U.S.C. §1983 case for filing in this district. However, from the facts alleged and the Defendants named, it appears that venue properly lies in the Northern District of Texas. 28 U.S.C. §1391(b). Accordingly, the Court finds that the interests of justice would best be served by transferring this case to the United States District Court for the Northern District of Texas. 28 U.S.C. § 1406(a).[1]

IT IS THEREFORE ORDERED THAT the Clerk of the Court is directed to IMMEDIATELY TRANSFER PLAINTIFF'S ENTIRE CASE FILE to the United States District Court for the Northern District of Texas.

DATED this 15th day of August, 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." *Id*.